IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02273-BNB

JOHN R. ALVAREZ,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

---

ORDER OF DISMISSAL

---

    Mr. Alvarez initiated this action by submitting a letter to the Court which generally is unintelligible. On August 28, 2012, Magistrate Judge Boyd N. Boland ordered Plaintiff to cure certain enumerated deficiencies in this action. Specifically, Mr. Alvarez was directed to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $350.00 filing fee. Plaintiff was further ordered to file a Complaint on the court-approved form. Magistrate Judge Boland warned Mr. Alvarez in the August 28 Order that failure to comply by the court-ordered deadline would result in dismissal of the action without further notice.

    Mr. Alvarez subsequently filed a motion for extension of time. In a September 24, 2012 Minute Order, the Court granted Plaintiff until October 24, 2012, to comply with the August 28 Order to Cure. Plaintiff was warned in the September 24 Order that failure to comply would result in dismissal of this action without further notice.

    Mr. Alvarez has failed to submit any documents in compliance with the August 28 Order and September 24 Minute Order and has not communicated with the Court since

September 21, 2012. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Alvarez's failure to comply with the August 28 Order Directing Plaintiff to Cure Deficiencies and the September 24, 2012 Minute Order.

DATED at Denver, Colorado, this  31st  day of    October   , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court