IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02273-LTB

JOHN R. ALVAREZ,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

___

## JUDGMENT

___

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 31, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendant(s) and against Plaintiff.

    DATED at Denver, Colorado, this 31 day of October, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/  S. Grimm
                      Deputy Clerk